| | |
|---|---|
| MICHAEL A. LADRA, State Bar No. 064307<br>RON E. SHULMAN, State Bar No. 178263<br>IRWIN R. GROSS, State Bar No. 168135<br>JAMES C. YOON, State Bar No. 177155<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Plaintiff<br>VMWARE, INC. | WILLIAM SLOAN COATS, State Bar No. 94864<br>VICKIE L. FEEMAN, State Bar No. 177487<br>MARK R. WEINSTEIN, State Bar No. 193043<br>RORY G. BENS, State Bar No. 201674<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>Attorneys for Defendants<br>Connectix Corporation and Microsoft Corporation<br><br>ISABELLA FU, State Bar No. 154677<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, WA 98052<br>Telephone: (425) 722-4846<br>Facsimile: (425) 936-7329<br><br>Attorney for Defendant Microsoft Corporation |

**FILED**
JUL 1 0 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VMWARE, INC,<br><br>    Plaintiff,<br><br>v.<br><br>CONNECTIX CORPORATION and<br>MICROSOFT CORPORATION<br><br>    Defendants. | CASE NOS.: C02 03705 CW and<br>C03 00654 CW<br><br>**ORDER GRANTING STIPULATION TO (1) CONSOLIDATE CASE NOS. C02 03705 CW AND C03 00654 CW; (2) PERMIT MICROSOFT TO ADD ADDITIONAL CLAIMS OF PATENT INFRINGEMENT; AND (3) PERMIT VMWARE TO ADD ADDITIONAL ASSERTED CLAIMS FOR '242 PATENT; AND (4) VACATE SCHEDULE FOR CASE NO. C02 03705 CW** |

WHEREAS, VMware, Inc. ("VMware"), Microsoft Corp. ("Microsoft"), and Connectix Corp. ("Connectix") (collectively "the parties") have met and conferred and agreed that for

1 purposes of judicial economy Case Nos. C02 03705 CW and C03 00654 CW ought to be
2 consolidated and a single schedule entered for both cases;

3     WHEREAS, VMware wishes to amend its Patent L.R. 3-1 Disclosure to add additional
4 asserted claims for U.S. Patent No. 6,397,242 ("the '242 patent");

5     WHEREAS, Microsoft wishes to amend its Answer and Counterclaim for Case No. C03
6 00654 CW to add patent infringement counterclaims for Microsoft patents;

7     WHEREAS, the parties have a Case Management Conference in Case No. C02 03705
8 CW and C03 00654 scheduled before Judge Claudia Wilken on July 18, 2003 and have been
9 ordered to submit a Joint Case Management Statement on or before July 11, 2003;

10     NOW, THEREFORE, plaintiff VMware and defendants Connectix Corporation and
11 Microsoft Corporation, by and through their respective counsel, hereby stipulate and agree as
12 follows:

13     (1)    Case Nos. C02 03705 CW and C03 00654 CW shall be consolidated;

14     (2)    Microsoft shall have the right to amend Defendants' First Amended Answer and
15 Counterclaims for Case No. C03 00654 CW to add patent infringement claims for no more than
16 three (3) Microsoft patents by no later than June 20, 2003;

17     (3)    VMware shall have the right to file a reply to Defendants' answer and
18 counterclaims by no later than July 11, 2003;

19     (4)    VMware shall have the right to amend its Patent L.R. 3-1 Disclosure to add
20 additional asserted claims for the '242 patent pursuant to the consolidated schedule;

21     (5)    In Case No. C02 03705 CW, the current claim construction schedule (under the
22 Patent Local Rules) for the '242 patent and for Microsoft's U.S. Patent No. 5,768,593 ("the '593
23 patent") shall be vacated;

24     (6)    The parties' Joint Case Management Statement shall include a proposed,
25 consolidated schedule for Case Nos. C02 03705 CW and C03 00654.

26
27
28

| | |
|---|---|
| Dated: June 13, 2003 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/ James C. Yoon<br>James C. Yoon |
| | Attorneys for Plaintiff<br>VMWARE, INC. |
| Dated: June 13, 2003 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: /s/ Vickie L. Feeman<br>Vickie L. Feeman |
| | Attorneys for Defendants<br>CONNECTIX CORPORATION and<br>MICROSOFT CORPORATION |

IT IS SO ORDERED.  **ALL FURTHER DOCUMENTS SHALL BE FILED IN C-02-3705 CW.  A Case Management Conference will be held on July 18, 2003, at 1:30 p.m.**

Dated: JUL 10 2003

[signature]
UNITED STATES DISTRICT COURT JUDGE